UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT AND DEBORAH CAPSHAW,

                        NO. CIV. S-09-2947 LKK/CMK

    Plaintiffs,

  v.

                        O R D E R

WACHOVIA BANK, et al.,

    Defendants.
_____/

    Defendant Wachovia Bank has filed a motion to dismiss, which is noticed for hearing on December 7, 2009. (Doc. No. 6). Plaintiffs subsequently filed a motion to remand, which argues among other things that defendant has waived the opportunity to remove, and that defendant's arguments regarding dismissal have previously been raised in state court. (Doc. No. 11). It appears that judicial economy would be served by hearing these motions together. Accordingly, the court CONTINUES the hearing on the motion to dismiss (Doc. No. 6) to December 21, 2009, at 10:00 a.m.

////

////

1

1 | The deadline for defendant to file a reply brief, if any, remains
2 | November 30, 2009.
3 |      IT IS SO ORDERED.
4 |      DATED: November 25, 2009.

```
                         /s/ Lawrence K. Karlton
                         LAWRENCE K. KARLTON
                         SENIOR JUDGE
                         UNITED STATES DISTRICT COURT
```

2